IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

APR 2 3 2026

JENNIFER P. LYONS. CLERK

BY_____
DEPUTY CLERK

**Complaint for a Civil Case**

_Martha M. Sullivan_

_____

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Civil No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial:    ☐ Yes    ☐ No
_(check one)_

-against-

Town of Freeport, et al
Town Council (see attached)
Freeport Police Department

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Martha M. Sullivan
Street Address      104 South Freeport Rd
City and County     Freeport
State and Zip Code  Maine 04032
Telephone Number    207-865-1597
E-mail Address      martha.sullivan@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                Joanna Benoit Town Council
Job or Title        Town of Freeport Council Chair
(if known)
Street Address      1038 US RT 1
City and County     Freeport      Cumberland
State and Zip Code  Maine
Telephone Number    207-619-1738
E-mail Address      jbenoit@freeportmaine.com
(if known)

Defendant No. 2

Name                Eric Smith Town Council
Job or Title        Town of Freeport Co-Chair
(if known)
Street Address      work 45 Main St
City and County     Freeport, Mt    Cumberland

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

Defendant No. 3

Name  Matthew Pillsbury Town Council

Job or Title  District #3 South Freeport
(if known)

Street Address  36 TODD Brook Rd

City and County  Freeport (Cumberland)

State and Zip Code  Maine 04032

Telephone Number  _____

E-mail Address  mpillsbury@freeportmaine.com
(if known)

Defendant No. 4

Name  Nat Goodman

Job or Title  Chief of Freeport Police
(if known)

Street Address  350 Meadow Rd

City and County  Durham (Androscoggin)

State and Zip Code  Maine 04222

Telephone Number  865-4800 ext#202

E-mail Address  _____
(if known)

(See attached for list of Defendants
and addresses Contact)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act  Sec 1983 Title VI
(2016) Freedom of Information FOIA (Access Act)
Police Discrimination, Harrasment  42 USC § 1983
False Claims Act  18 USC § 1001  34 USC § 1260

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

False reporting 25 CFR § 11.431

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Martine Sullivan, is a citizen of the State of *(name)* Maine.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . *Or* is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Civil Rights Violations, Property damages 10's of thousands of dollars, Harrassmut. Discriminate, false reporting, police misconduct, FOAA violation

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Sullivan is a 29 year resident of South Freeport, Maine

The town of Freeport has caused thousand of dollars of property damage, has made false claims and reports from the Freeport police department. Has Discriminated against me. The Town of Freeport Town Council has refused to respond to any concerns (speed signs) Town officials have harrassed, I have been the subject of intimidating, unwanted, repeated behavior from both police and others. Most recently Oct 2025 and Town refused stuff to provide the police Report under a FOAA request.

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Relief that is both fair and just.

Property damages 10's of thousands
Harassment False police reports
Discrimination FOAA violations (2000 repeated offensive

V.      **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Apr 23, 2026

Signature of Plaintiff _____Martha M. Sullivan_____

Printed Name of Plaintiff _____Martha M. Sullivan_____